IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF ALABAMA
SOUTHERN DIVISION

| | |
|---|---|
| CARSBIA VAN TAYLOR, #11780, ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| vs. ) | CIVIL ACTION NO. 21-0076-CG-B |
| ) | |
| CYNTHIA STEWART, et al., ) | |
| ) | |
| Defendants. ) | |

## ORDER

After due and proper consideration of all portions of this file deemed relevant to the issues raised, and a de novo determination of those portions of the recommendation to which objection is made, the Report and Recommendation of the Magistrate Judge made under 28 U.S.C. § 636(b)(1)(B) and dated December 5, 2023 (Doc. 61) is **ADOPTED** as the opinion of this Court.  It is **ORDERED** that Defendants Cynthia Stewart, Regina Bolar, Phillip Mitchell, Vencini Smith, and Terry Rabon's motion for summary judgment (Doc. 59) is **GRANTED**, and the claims against them are **DISMISSED with prejudice**.

**DONE and ORDERED** this the 18th day of January, 2024.

/s/ Callie V. S. Granade
SENIOR UNITED STATES DISTRICT JUDGE