# IN THE UNITED STATES DISTRICT COURT
# FOR THE SOUTHERN DISTRICT OF ALABAMA
# SOUTHERN DIVISION

| | |
|---|---|
| **CARSBIA VAN TAYLOR, # 117810,** | ) |
| | ) |
| **Plaintiff,** | ) |
| | ) |
| vs. | ) CIVIL ACTION NO. 21-00076-CG-B |
| | ) |
| **CYNTHIA STEWART,** *et al.*, | ) |
| | ) |
| **Defendants.** | ) |

## JUDGMENT

It is **ORDERED**, **ADJUDGED**, and **DECREED** that Plaintiff Carsbia Van Taylor recover nothing, and the claims made against all Defendants are hereby **DISMISSED with prejudice**.

**DONE** and **ORDERED** this 29th day of February, 2024.

/s/ Callie V. S. Granade
SENIOR UNITED STATES DISTRICT JUDGE